IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY J. MASON                                                        PLAINTIFF

V.                        3:07CV00012 SWW/HDY

CRITTENDEN COUNTY DETENTION
FACILITY and EARNESTINE MOBLEY, Supervisor,
Crittenden County Detention Facility                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Crittenden County Detention Center is DISMISSED as a party to this action;

2. The Clerk of the Court is be directed to prepare a summons for Defendant Mobley, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #1), this Recommended Disposition, and summons on Defendant Mobley, without prepayment of fees and costs or security therefore

DATED this 3rd day of May 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE