**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SHIRLEY J. MASON                                                                          PLAINTIFF


V.                                    3:07CV00012 SWW/HDY


EARNESTINE MOBLEY, Supervisor,
Crittenden County Detention Facility; and
DR. STRATOR, Crittenden County Detention Facility                    DEFENDANTS


## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this

Judgment and the accompanying Order would not be taken in good faith.

DATED this 9th day of August, 2007.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE